8796, 8797.   WALKER *v.* GEORGIA RAILROAD & BANKING Co.

WADE, C. J. The proof submitted, together with all reasonable deductions and inferences to be drawn therefrom, demanded a verdict in favor of the defendant in each case, and the trial judge did not err in so directing.          *Judgment affirmed. Jenkins and Luke, JJ., concur.*
DECIDED OCTOBER 31, 1917.

Action for damages; from DeKalb superior court—Judge Smith. March 7, 1917.

*Alonzo Field,* for plaintiffs. *McDaniel & Black,* for defendant.